IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NATALIE GEORGE, | ) CIVIL NO. _____ |
| | ) |
| Plaintiff, | ) JURY DEMAND |
| | ) |
| vs. | ) |
| | ) |
| HAWAIIAN AIRLINES, INC., | ) |
| | ) |
| Defendant. | ) |

## JURY DEMAND

COMES NOW, Plaintiff Natalie George, pursuant to Rule 38 of the Federal Rules of Civil Procedure, and demands a trial by jury of all issues in this case.

DATED: Honolulu, Hawaii, May 24, 2023.

/s/ Charles H. Brower
CHARLES H. BROWER
MICHAEL P. HEALY
Attorneys for Plaintiff
Natalie George